UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2762 (RHK/JGL)

MONTE ALLEN APFEL,

Petitioner,

v.

RICARDO E. CHAVEZ, Warden,

Respondent.

ORDER

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to Respondent's request for enlargement of time in which to file its response to Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Based upon that motion, and good cause appearing therefore,

IT IS HEREBY ORDERED that the government's motion is GRANTED, and that Respondent shall be granted until February 12, 2001, to prepare and submit its response.

Dated: Jan 29, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED JAN 29 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD.